UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| WRENETTA S HOUSTON, | CASE NO. 16-48463-MAR |
| DEBTOR. | JUDGE MARK A RANDON |
| _____/ | |

### ORDER OF DISMISSAL UPON AFFIDAVIT OF THE TRUSTEE

This matter came before the Court on September 7, 2016, and the matter having been fully considered and certain requirements having been established that, if not met, would result in the dismissal of the proceedings without a further hearing or notice to the Debtor, upon the submission of an affidavit of the Chapter 13 Standing Trustee attesting to a failure to comply with the conditions established, and the affidavit of the Trustee having been submitted herewith, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the above proceedings shall be and are hereby ordered dismissed for the failure of the debtor to meet conditions as established in the records of this Honorable Court, as attested to by the affidavit of the Chapter 13 Standing Trustee;

**IT IS FURTHER ORDERED** that the clerk's office shall immediately provide notice of the entry of this Order to all creditors listed in this case, the Debtor, Debtor's attorney, if any, and the Trustee;

**IT IS FURTHER ORDERED** that Krispen S. Carroll, Trustee, is discharged as Trustee and the Trustee and her surety is released from any and all liability on account of the within proceedings;

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to hear all pending motions requesting a 180 day bar to refiling.

.

```
Signed on October 28, 2016
                                        ___/s/ Mark A. Randon      _  __
                                        Mark A. Randon
                                        United States Bankruptcy Judge
```